927 F.2d 604
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
Douglas D. LUNDSTRUM, Plaintiff-Appellant,
v.
Richard LYNG, individually and in his capacity as Secretary
of the United States Department of Agriculture, Calvin Lutz,
individually and in his capacity as Acting Director for
Michigan, Russell Keech, individually and in his capacity as
County Supervisor, Farmers Home Administration, a division
of the United States Department of Agriculture, and United
States of America, jointly and severally, Defendants-Appellees.
 No. 89-1372.
 United States Court of Appeals, Sixth Circuit.
 Jan. 7, 1991.
 See 954 F.2d 1142